# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lance Grimes, | : | **CASE SEALED** |
| Petitioner | : | |
| | : | |
| v. | : | No. 1365 C.D. 2018 |
| | : | |
| Department of Education, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 19th day of August, 2019, upon consideration of the status report filed by Respondent Department of Education (Department) in compliance with this Court's order dated July 12, 2019, wherein the Department informed the Court that Lance Grimes (Petitioner) has exhausted all available appeal rights and that the Department has issued Petitioner a public reprimand, it is hereby ORDERED that the Memorandum Opinion filed July 12, 2019, shall be designated OPINION and it shall be reported, because the provisions of Section 17.2(a) of the Educator Discipline Act (the Act)[1] no longer require that the proceeding before this Court remain confidential.

P. KEVIN BROBSON, Judge

---

[1] Act of December 12, 1973, P.L. 397, *as amended*, added by Act of December 18, 2013, P.L. 1205, 24 P.S. § 2070.17b(a). Section 17.2(a) of the Act imposes confidentiality and provides, in part, as follows:

> [A]ll information *relating to any complaints or any proceedings* relating to or resulting from such complaints, including the identity of the complainant, *shall remain confidential*, unless or until discipline is imposed, other than a private reprimand or a supplemental sanction deemed private by the commission . . . . *All records pertaining to proceedings resulting in public discipline, excluding those records that are privileged or otherwise protected from release, shall become public after the exhaustion of all appeals* except where the [Professional Standards and Practices C]ommission has determined that immediate discipline is necessary. Records pertaining to immediate discipline proceedings are public at the time that the immediate discipline is imposed.

(Emphasis added.)